STEVEN W. MYHRE
Acting United States Attorney
MEGAN RACHOW
Nevada State Bar No. 8231
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY MOPPINS,<br><br>　　　　　　　Defendant. | Case No. 3:17-MJ-00037-WGC<br><br>STIPULATION TO CONTINUE PRELIMINARY EXAMINATION |

IT IS HEREBY STIPULATED AND AGREED by and through STEVEN W. MYHRE, Acting United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender for the District of Nevada, and LAUREN GORMAN, Assistant Federal Public Defender, counsel for defendant Timothy Moppins; that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for April 13, 2017, at 3:00 p.m., in Reno Courtroom 2 before Magistrate Judge Cobb, be continued until April 20, 2017, at 3:00 p.m. in Reno Courtroom 1 before Magistrate Judge Cooke. The defendant is currently in custody after having been ordered detained pending trial. Through counsel,

defendant waives the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until April 20, 2017, at 3:00 p.m. in Reno Courtroom 1 before Magistrate Judge Cooke.

DATED this 11th day of April, 2017.

| | |
|---|---|
| STEVEN W. MYHRE | RENE L. VALLADARES |
| Acting United States Attorney | Federal Public Defender |
| | |
| /s/ Megan Rachow | /s/ Lauren Gorman |
| MEGAN RACHOW | LAUREN GORMAN |
| Assistant United States Attorney | Counsel for Defendant |

IT IS SO ORDERED.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: April 12, 2017